1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                 SOUTHERN DISTRICT OF CALIFORNIA
8    UNITED STATES OF AMERICA        )    Case No. 80-cr-00219-CAB
                                     )
9                   Plaintiff,       )    JUDGMENT AND ORDER OF
                                     )    DISMISSAL OF INDICTMENT AND
10        v.                         )    RECALL ARREST WARRANT
                                     )
11   EVERILDA DEL ROSARIO CHANZ-     )
     VELIZ,                          )
12                                   )
                    Defendant.       )
13   _____)
14
         Upon motion of the UNITED STATES OF AMERICA and good cause appearing,
15
     IT IS HEREBY ORDERED that the Indictment in the above entitled case be
16
     dismissed without prejudice, and the Arrest Warrant be recalled.
17
         IT IS SO ORDERED.
18
         DATED: July ___/___, 2020
19
20                                   _____
21
                                     HONORABLE CATHY ANN BENCIVENGO
22                                   United States District Court Judge
23
24
25
26
27
28